**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION**



FILED
John E. Triplett, Acting Clerk
United States District Court

By casbell at 1:40 pm, Jul 07, 2020

TREVON DESHON CHAPMAN, SR.,

        Plaintiff,

     v.

JAMES K. PROCTER, et al.,

        Defendants.

CIVIL ACTION NO.: 2:19-cv-33

**O R D E R**

In a prior Order, the Court instructed Plaintiff to provide additional identifying information to allow the U.S. Marshals Service to find and serve Jane Doe.  Doc. 19.  Plaintiff has done so, which may or may not be enough to identify the Doe Defendant.  Doc. 24.  The Court **DIRECTS** the U.S. Marshal to attempt service of Plaintiff's Complaint, doc. 1, and the Magistrate Judge's Report and Recommendation and service Order, docs. 18, 19, on Jane Doe based on the information Plaintiff provided in his June 15, 2020 notice, doc. 24.  Finally, I **INSTRUCT** the U.S. Marshal to notify the Court if efforts to serve Jane Doe are unsuccessful.

**SO ORDERED**, this 7th day of July, 2020.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA