# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

FILED
John E. Triplett, Acting Clerk
United States District Court

By CAsbell at 1:01 pm, Jul 08, 2020

| | | |
|---|---|---|
| TREVON DESHON CHAPMAN, SR., | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 2:19-cv-33 |
| | * | |
| | * | |
| v. | * | |
| | * | |
| JAMES K. PROCTER, et al., | * | |
| | * | |
| Defendants. | * | |

### O R D E R

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 18, to which Plaintiff filed Objections.

The Magistrate Judge recommends dismissal of Plaintiff's claims against Defendants Procter and Mastorianni because the claims are based solely on the two Defendants' supervisory positions. Id. "To state a claim against a supervisory defendant, the plaintiff must allege (1) the supervisor's personal involvement in the violation of his constitutional rights, (2) the existence of a custom or policy that resulted in deliberate indifference to the plaintiff's constitutional rights, (3) facts supporting an inference that the supervisor

AO 72A
(Rev. 8/82)

directed the unlawful action or knowingly failed to prevent it, or (4) a history of widespread abuse that put the supervisor on notice of an alleged deprivation that he then failed to correct." Barr v. Gee, 437 F. App'x 865, 875 (11th Cir. 2011). In his Objections, Plaintiff does not point to any allegations in his Complaint or make any new factual allegations that would support the required elements of a supervisory liability claim against Defendants Procter or Mastorianni. Dkt. No. 27. Furthermore, Plaintiff does not object to the Magistrate Judge's recommendation that the Court deny as moot his Petition for Writ of Mandamus. Therefore, the Court **OVERRULES** Plaintiff's Objections, **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **DENIES as moot** Plaintiff's Petition for Writ of Mandamus, and **DISMISSES** Plaintiff's claims against Defendants Procter and Mastorianni. Plaintiff's claims against Defendants Watson, Sullivan, and Doe remain pending. Dkt. No. 19.

SO ORDERED, this ___8___ day of ___July___, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA